# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE    14-22678-E

### AMENDED CHAPTER 13 PLAN    MH
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTOR:  Michael L. Anderson    SS#  xxx-xx-9794

SS#

ADDRESS:  8875 Eastonwick, Cordova, TN  38016

PLAN PAYMENT:  Debtor to pay $ 512.00    **Weekly** Every Two Weeks Semi-monthly Monthly

PAYROLL DEDUCTION:  Lux Retail North America, Inc.  OR ( ) DIRECT PAY

4000 Luxottica Place    BECAUSE:

Mason, OH 45040    FIRST PAYMENT:

ADMINISTRATIVE:  Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE:  ( )Not included in Plan ( ) Included in Plan

|  |  | PAYMENT |
|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to |  |
|  | Child Support Arrearage to |  |
| PRIORITY CREDITORS: | Internal Revenue Service ($29,503.00) (taxes) | 492 |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| BSI Financial Services | ongoing payment begins | June 2014 |  |  | $ 1,050.64 |
|---|---|---|---|---|---|
|  | Approximate arrearage | 23987 | Interest | 0.00% | $ 400.00 |
|  | ongoing payment begins |  |  |  |  |
|  | Approximate arrearage |  | Interest |  |  |

ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| City of Memphis Treasurer (property taxes) | $ 1,540.58 | 12.00% | $ 36.00 |

Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts. UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                                ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately  60  months.